1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division
4  MATTHEW A. PARRELLA (NYBN 2040855)
   Assistant United States Attorney
5
          150 Almaden Boulevard, Suite 900
6         San Jose, California 95113
          Telephone: (408) 535-5061
7         FAX: (408) 535-5066
          Matthew.parrella@usdoj.gov
8
   Attorneys for United States of America
9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                                SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,        )   NO. CR-12-00620 RMW (PSG)
14                                  )
          Plaintiff,                )   NOTICE OF DISMISSAL
15                                  )
       v.                           )
16                                  )
   MATTHEW CAHILL,                  )
17                                  )
          Defendant.                )
18 _____)

19
       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United
20
   States Attorney for the Northern District of California dismisses the above felony information without
21
   prejudice. No arrest warrant was issued in connection with this case.
22

23 DATED:                                    Respectfully submitted,

24                                           MELINDA HAAG
                                             United States Attorney
25

26                                           _____/s/_____
                                             MATTHEW A. PARRELLA
27                                           Chief, CHIP Unit

28

   NOTICE OF DISMISSAL (CR-12-00620 RMW (PSG))

1     Leave is granted to the government to dismiss the information.

3  Date: 8/14/2015

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

NOTICE OF DISMISSAL (CR-12-00620 RMW (PSG))